# United States District Court
# Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| Sean P. Gindt | Case Number: 6:14MJ093MJS |
| | Carol Moses |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count  One
☐ pleaded nolo contendere to counts(s) ___ which was accepted by the court.
☐ was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35 | Under the Influence of Alcohol | 03/30/2014 | One |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

☑ Count(s)  Two  (are) dismissed on the motion of the United States.

☐ Indictment is to be dismissed by District Court on motion of the United States.

☐ Appeal rights given.        ☑ Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/04/2014
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

Michael J. Seng , United States Magistrate Judge
Name & Title of Judicial Officer

11/04/2014
Date

## TERMS OF UNSUPERVISED PROBATION

The Defendant is placed on ____12____ months of Unsupervised Probation. During that period of probation the defendant must comply with the following conditions imposed by this Court:

☑ The defendant shall obey all laws, local, state and federal.

☑ The defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

☐ The defendant shall abstain from the use or possession of alcohol and not frequent establishments where the primary business is sale of alcohol.

☐ The defendant shall abstain for the use or possession of any controlled substance unless prescribed for defendant's use by a California Licensed Medical Doctor.

☐ The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

☑ The defendant shall attend ☑ AA or ☐ NA  two  time(s) weekly for months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.

☐ The defendant shall not operate a motor vehicle with any detectable amount of alcohol in defendant's system.

☐ The defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer

☐ The defendant shall attend and complete a California Department of Motor Vehicle program for _____.

☐ Within _____ months of the date of this order, the defendant shall perform _____ hours of community service at a non-profit organization and file sworn proof of completion to the Court and Government Officer through Counsel, if represented.

☑ A Review Hearing is set for October 7, 2015 at 10:00 am in Yosemite

   AA meetings shall occur for duration of probation.

CASE NUMBER: 6:14MJ093MJS
DEFENDANT: Sean P. Gindt

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | 240.00 | |

☐ The defendant must make restitution to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss** |
|---|---|
| | |
| | |

## SCHEDULE OF PAYMENTS

Total Amount of  $ 250.00          shall be paid within _____ OR payments of $_____

per month, commencing _____ and due on the _____ of each month until

PAID IN FULL-note late payments could be subject to late/delinquent charges imposed by C.V.B.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

☐ CLERK U.S.D.C.
501 "I" St., #4-200
Sacramento, CA 95814

☑ CLERK U.S.D.C
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received